

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00341-CV

IN RE SCOTT ALAN ODAM

Original Proceeding

October 10, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appearing *pro se,* relator Scott Alan Odam electronically submitted a petition for writ of habeas corpus. He did not also tender the filing fee or an affidavit of indigence. *See* TEX. R. APP. P. 5 (requiring payment of fees); 20.1(a),(b) (establishing indigence and form of affidavit).

In a September 16, 2014 letter to relator, we directed him to either pay the filing fee or establish indigence according to appellate rule 20.1 within fourteen days. Failure to comply with this order, we told relator, would result in dismissal of the proceeding without further notice.

More than the fourteen days have passed and relator has not complied with our order. Accordingly, relator's petition for writ of habeas corpus is dismissed. TEX. R. APP. P. 42.3(c).


James T. Campbell
Justice